United States Bankruptcy Court

Eastern District of New York

In re:

Yafa Pinkhasova

    Debtor

Case No. 26-40006-ess

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: 790 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Yafa Pinkhasova, 65-50 Wetherole Street, 1K, Rego Park, NY 11374-4715

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Krista M Preuss | info@ch13edny.com  trusteeNYEB47@ecf.epiqsystems.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Tammy L Terrell Benoza | on behalf of Creditor Hanover Community Bank bankruptcy@fskslaw.com |

TOTAL: 3

Information to identify the case:

Debtor 1: **Yafa Pinkhasova**
First Name    Middle Name    Last Name

Social Security number or ITIN: xxx−xx−4566
EIN: _ _−_ _ _ _ _ _ _

Debtor 2: 
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN: _ _ _ _
EIN: _ _−_ _ _ _ _ _ _

United States Bankruptcy Court: Eastern District of New York

Date case filed for chapter:    13    1/2/26

Case number: 1−26−40006−ess

# NOTICE OF HEARING ON SECTION 521 DEFICIENCIES

**WHEREAS**, Bankruptcy Code Section 521(i) provides that a bankruptcy case may be dismissed if any of the bankruptcy schedules and statements required to be filed under Bankruptcy Code Section 521(a)(1) are not filed within 45 days of the filing of the bankruptcy petition; and

**WHEREAS**, in this bankruptcy case, the Debtor has not filed one or more of the required documents, as marked below:

- ☐ Notice Required by 11 U.S.C. §342(b) of the Bankruptcy Code for Individuals Filing for Bankruptcy (Official Form 2010) − Part 7 of Voluntary Petition Not Signed
- ☑ Schedule A/B
- ☑ Schedule D
- ☑ Schedule E/F
- ☑ Schedule I
- ☑ Schedule J
- ☑ Statement of Financial Affairs
- ☑ Statement of Your Current Monthly Income and Means Test Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

**WHEREAS**, to obtain information about the Section 521 filing requirements, and how to request an extension of time to file the required documents, the Debtor may contact the Court's Pro Se Law Clerk via telephone, Monday to Friday between 9:00 a.m. and 3:00 p.m., at (347) 394−1738, or by email at prose@nyeb.uscourts.gov; and

**WHEREAS**, the Debtor may obtain the official forms for the required documents at https://www.uscourts.gov/forms−rules/forms/bankruptcy−forms; and

**WHEREAS**, if the missing required documents are not filed before the hearing, then this bankruptcy case may be dismissed.

**NOW, THEREFORE, IT IS HEREBY**

**DIRECTED, that the Court will hold a video hearing on the Section 521 deficiencies and the dismissal of this bankruptcy case on July 1, 2026 at 11:00 AM before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, Eastern District of New York, 271−C Cadman Plaza East, Brooklyn, New York 11201; and it is further**

**DIRECTED, that this hearing will be conducted remotely, via video call. All participants, including the debtor, attorneys, and parties, may register to appear remotely as follows:**

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi−bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e−mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.

Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at:

ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Please include your name, the case number, who you represent (if you are an attorney), the hearing date, and your phone number.

Dated: April 27, 2026

For the Court, Paul Dickson, Clerk of Court

**GTntchrg521.jsp** [Notice of Hearing on Section 521 Deficiencies rev. 11/18/25]