**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x

In re:                                                                                          Chapter 13

YAFA PINKHASOVA,                                                        Case No.: 26-40006-ess

                                        Debtor.
----------------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, on January 2, 2026, Yafa Pinkhasova filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

**WHEREAS**, on May 4, 2026, the Debtor filed an application for an order dismissing this Chapter 13 case pursuant to Section 1307 of the Bankruptcy Code; and

**WHEREAS**, Section 1307(b) of the Bankruptcy Code provides that "[o]n request of the debtor at any time, if the case has not been converted under section 706, 1112 or 1208 of this title, the court shall dismiss a case under this chapter"; and

**WHEREAS**, this case has not been converted under Section 706, 1112 or 1208 of the Bankruptcy Code.

**NOW THEREFORE**, it is hereby

**ORDERED**, that this Chapter 13 case is dismissed.



Dated: Brooklyn, New York
     May 4, 2026

_____
       **Elizabeth S. Stong**
   **United States Bankruptcy Judge**