# Notice Recipients

District/Off: 0207−1          User: admin          Date Created: 5/5/2026
Case: 1−26−40006−ess          Form ID: 227          Total: 11

**Recipients of Notice of Electronic Filing:**
tr          Krista M Preuss          info@ch13edny.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Yafa Pinkhasova          65−50 Wetherole Street          1K          Rego Park, NY 11374
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom House          One Bowling Green, Room 510          New York, NY 10004−1408
10637821          Hanover Bank          c/o FEIN, SUCH & CRANE, LLP          28 EAST MAIN STREET, SUITE 1800          ROCHESTER, NY 14614
10637822          Hanover Bank          c/o FEIN, SUCH & CRANE, LLP          6 CAMPUS DRIVE, SUITE 304          PARSIPPANY, NEW JERSEY 07054
10634748          Hanover Community Bank          80 E jericho turnpike          Mineola, NY 11501
10668979          Hanover Community Bank          80 East Jericho Turnpike          Mineola, NY 11501
10637605          Hanover Community Bank          Fein, Such & Crane, LLP          28 East Main Street, Suite 1800          Rochester, NY 14614
10659425          Mosaic Underlying Loan Trust 2019−2          c/o Weltman, Weinberg & Reis Co., L.P.A.          5990 West Creek Rd, Suite 200          Independence, OH 44131
10659559          Mosaic Underlying Loan Trust 2019−2          c/o Weltman, Weinberg & Reis Co., L.P.A.          5990 West Creek Rd, Suite 200          Independence, OH 44131
10634749          solar mosaic          Oakland, CA (601 12th st suite 325)          PO Box 78080          Phoenix, AZ 85062−8080

TOTAL: 10